# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA



| | |
|---|---|
| DARYL HARMON, etc., | CASE NO. CV 99-2339-TJH (CT) |
| Plaintiff, | |
| vs | MINUTE ORDER OF THE CHIEF JUDGE |
| C. A. TERHUNE, etc., | |
| Defendant. | |

IT IS ORDERED that the order of the U. S. Court of Appeals for the Ninth Circuit denying the petition for a writ of mandamus and motions to proceed in forma pauperis and for appointment of counsel shall be filed and spread upon the records of the court.

cc:   Counsel of Record

